IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES V. OLIVER,  :
:
    Petitioner  :
:
    v.  :  CIVIL NO. 4:CV-14-2273
:
THERESA DELBALSO, ET AL.,  :  (Judge Brann)
:
    Respondents  :

## **ORDER**

April 7, 2015

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Oliver's habeas corpus petition is **DISMISSED** as meritless.
2. The Clerk of Court is directed to **CLOSE** this case.
3. Based on the Court's conclusion herein, there is no basis for the issuance of a certificate of appealability.

BY THE COURT:

  s/ Matthew W. Brann
Matthew W. Brann
United States District Judge

1